IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Greenville Division

Charles Carter
Plaintiff

Case# 9:26-cv-3851-JD-MHC

Vs

Jury trial Demanded

Daniel Haraff - AW RHU C034018
Ashley Haraff - RN medical
S. Taylor - RN medical
Amy Enloe - Nurse practioner (PCI)
Mrs Willams - Classification
MR Holbrook - Classification
Marie Cox - MHO
South Carolina Department of Correction (SCDC)
Sued in their individual and official capacity
Defendant

SEP 3 2026 AM10:10
FILED - USDC G'VILLE SC

VERIFIED COMPLAINT FOR DAMAGES
INJUNCTIVE AND DECLATORY RELIEF

I. introduction

①. This is a 42 USC 1983 action filed by Charles Carter a state prisoner alleging violations of his protected Constitutional rights to adequate medical care, treatment and to be free from Deliberate indifference, Cruel and unusual punishment and retaliatory misconduct in violation of his First, Eighth, and Fourteenth Amendment of the united States constitution seeking Damages, and injunction relief. Plaintiff also make state tort claims violations of negligence and grossly negligence under S.C. Code Ann 15-78-10 seeking $300.000 in Damages for pain and suffering.

## II. Jurisdiction

(2). Jurisdiction of the court is invoked Pursuant to 42. U.S.C. §§ 1331, 1343, 1981, 1983, and 1988.

(3). Jurisdiction of the court is Further invoked for Supplement Jurisdiction Pursuant to 28 U.S.C. § 1367 for state tort claims

(4). Jurisdiction is invoked to the court to enforce any and all other Causes, claims, arguments not artifically articulated in the complaint.

## III Parties

(5). Plaintiff. Charles Carter was in the Physical custody of south Carolina Department of Corrections under Compact from wyoming State of conviction. Housed at perry CI in west region. of SCDC.

(6). Defendant - Daniel harouff, was the AW for RHU Dorms and apart of the SD Board committe review at perry Correctional institution Employee of (SCDC) sued in his individual capacity, official capacity

(7). Defendant D- Ashley Harouff - was a Reg nurse at perry, is the wife of AW harouff, Employee of SCDC or other contractors, sued in her individual and official capacity.

(8). Defendant - S taylor, RN medical at perry employee of SCDC or other contracters, sued in her individual and official capacity.

(9). Defendant - Amy Enloe - nurse practioner at perry employee by SCDC or other contracter, sued in her individual and official capacity.

(10). Defendant - Mrs Williams - Classification at perry. apart of the SD Board review committe, RHU, Employee by SCDC. sued in her individual and official capacity.

(11). Defendant - MR Holbrook - classification at Perry. over the SD Boards Employee of SCDC. sued in his Individual and official capacity

(12). Defendant Marie Cox, Mental health officer at perry, Employee of SCDC or other Contractor. sued in her individual and official Capacity.

(13). Defendant - South Carolina Department of Corrections, SCDC, Responsible for its Employees acting in their official and individual Capacity.

(14). At all times relevant defendants acted and continue to act under Color of state law.

IV Factual Statements

(15). Plaintiff on its own personal Knowledge provides that, he was Convicted in the state of wyoming, pursuant to the interstate Corrections Compact transfer S.C. Code Ann § 24-11-10 et seq and wyoming stat, 25-1-105 et seq, to the physical custody of Defendant-SCDC.

(16). Defendant, SCDC Agreed to provide adequate medical care, treatment as well as a Duty to Keep Plaintiff safe and treated equal to similar situated inmates. (See Exhibit A) Agreement between wyoming and SCDC.

(17). While housed at perry Correctional institution since Feb-24-2026 Plaintiff has been Exposed to the opposite of the Dutys owed to him upon the Constitution, and Agreement, the right to be free from Deliberate indifference Retaliation, Equal treatment, and adequate medical care and treatment.

(18). Plaintiff while already having pending litigations against Defendant SCDC, the Acts of omission and Commissions Exposed to Plaintiff while housed at perry officials are out of retaliation.

(19). On April-23rd, 2026 while housed at perry. D-Dorm Lock up (RHU) Ran Directed and controlled by AW Defendant-D. haraff I was suppose to have went before SD-board Review, to Either have my security status advanced from SD-2, to SD-3 which would have provided Plaintiff with more daily privileges

while in lock up. namely, tablets and Phone calls everyweek Different from SD-2 privilages (1) Phone call a month, and no tablet.

(20) Though both status are Atypical contrary to General population the conditions of RHU SD impose significant hardship which implicate a State-created liberty interest in avoiding such condition.

(21). Defendant haraff Denied Plaintiff his procedural Due process notice to 48 hours of his SD Board hearing, a chance to be present and an Opportunity to be heard, Defendant-haraff-D haraff AW of RHU sent his Sgt to tell me to pack up I was moving to C-Dorm that he advanced me and 2 other inmates, I objected to the sudden move and contested my right to appear at the hearing, Sgt Loftis stated you have to move, to avoid getting a charge I moved.

(22). This same day on April 23rd, 2026 was D-Dorm sick call sign up, I gave nurse D. Ashley haraff Defendant, my sick call concerning my sinus infection which had spreaded throughout my face nose, Ears, nurse haraff Denied me my sick call completely, and being that I was moved from D-Dorm to C-Dorm I had to wait 7 more Days to be able to resign up for sick call, forcing me to endure the pains related to sinus infection.

(23). Plaintiff followed up with Defendant nurse haraff on April-25th, 2026 nurse haraff (lied) and said nurse Greens Do the sick calls not her, I asked Defendant nurse haraff why I have not seen the provider yet Due to the fact on April-2-2026 She told me that she was setting an appointment to see the provider Additionally on this Day April 2nd, 2026 while being seen by nurse haraff, her husband Defendant-D haraff was literally standing outside the Exam office listing to what was being said. On April 25th, 2026 Defendant nurse haraff told me that the nurse provider is here (1) once a month, I was told different by another nurse, again She lieing.

(24). After writing Request and complaints against Defendant nurse haraff, The AW for RHU Defendant-Danial haraff sent a message to me stating I Did not get advance, he retaliated for me writing complaints against his wife.

(25). On or about April 27th, 2026 I gave notice to warden Curtis Earley about Defendant-AW haraff Denying me my SD Board and that he Guaranteed my Advance to SD-3, Defendant-AW haraff later Came back on C-y wing and told me that he was wrong and will Do my SD Board again.

(26). This same day after coming in from outside rec, which we was locked in a cage for approx 1:00 hour supervised by Sgt Kevan, I was informed by Lt Burchfield that he found some mix meds in a pill bottle and he took them, however I Received a Disciplinary infraction written by Sgt loftis alleging that Sgt Kevan conducted a cell search and found the bottle of pills however this was false, and he lied to cover up the fact that staff violated policy when he searched my cell with just one officer, I received a 903 Level 1 charge.

(27). On or about April-29-2026, I placed another sick call which I gave to Defendant-S taylor, later that Day Defendant taylor had me pulled by Sgt loftis and defendant-Marie Cox MHO, I was authorized to review my records but Denied Sick call, I was told by Defendant-taylor that on April-30-2026 I would see a Docter on the teleprompt screen, I also made inquiry about receiving so medical Shoes for my foot injurys, at some point, Sgt loftis or Defendant-Cox went and told Defendant-AW haraff about my medical visit and that I was trying to get some Apex tennis shoes, on April 30th, 2026 Defendant-AW haraff put out a memorandum Preventing inmates in RHU from getting the shoes while in lock up.

(28). On or about - May 4th, 2026 I informed Defendant-AW haraff about the charge I received the 903, I also informed Defendant-haraff and AW went to review the Camera to see that staff lied and violated Policy, Defendant-AW haraff stated the Charge will not be used against me Dont worry about it, that he would Do my SD Board tomorrow which would be May-5th, 2026, on May 5th, 2026 I Did not have my Board.

(29). on May 4th, 2026 I also consulted with Defendant taylor which she Stated in the presence of Sgt. J Brown that I was schedule to see the provider that she showed me the computer, she stated it probly change that my infection would not kill me I could wait a while longer, I was Denied shower by Sgt lofftis and brownthat Day.

(30). on May 7th, 2026 I was pulled out at approx 7:30Am to see Defendant Enloe, By Lt perks, and Brown, During this visit, Defendant Enloe failed to check my vitals, she failed to have my record before her so she would have relevant information Concerning my medical condition, the assesment was so inadequate, and grossly negligent She ordered me Steriods without checking my med list to see if they were any contradictions thus Exposing Plaintiff to a risk of harm, and Demonstrates she was Deliberate indifferent to my health, which I have a Constitutional right to be free from under the Eighth Amendment, the steriod she put me on caused Damages to my heart which Im currently suffering from.

(31). The issue Im currently suffering from is Fluides keep building up in my left ear Causing Inflammation to spread and case serious Congestion, Clogged ears, and turns into a painful infection which is treated with Antibiotics, I have been on Antibiotics all this years, and medical here at perry is Delaying Adequate treatment to find out where the fluids are coming from in my Ear, and defrauding me to continue to place Sick calls to receive limited Relief of Discomfort which is a presistant, reoccuring issue, Causing me headaches, Blurry Eye vision flare from sinus preventing my Daily activity.

(32). on May 7th, 2026. Defendant Enloe also sent consult inquire of my Right ear hearing loss, which my records shows being that i am interstate Correctional Compact, SCDC medical officials is required to get pre approval of an offsite medical transport. the ICC Approved for Midland hearing loss Appointment, schedule for Aug. 11th, 2026 at 1330, this was for hearing loss not nothing Else.

(33). on May 6th, 2026 while at Dental with Sgt Kevan. and thompson. Sgt Kevan told me that If I was to Dash a Co in C or D Dorm my face will not look the same. on my way Back in From Dental once I stepped in to C-Dorm

there was an aroma of sex in the air and perfume, MHO Cox was coming out of one of the rooms and Lt perks was in the same area, I wrote the warden Curtis Earley about this but I believe either AW werts Answered the request and covered the incident up because Defendant MHO Cox is Sexually involved with more then 3 of the staff at perry and Defendant D. haraff is one of them, it was stated forward to OIG But that never happen.

(34). on or about May-10th, 2026, Defendant. AW Haraff sent Confirmation that he got the 903 charge throwed at, he indicated AW werts review the camera and saw that staff lied, he told me Don't worry about the Charge, he Further informed sgt Brown and Lt hawood of this matter

(35). on 5-14-2026 while talking to QMHP Rucker, sgt thomas and sgt brown came to Do my Disciplinary hearing for the 903 Defendant. AW haraff said he had Dismissed, Sgt Brown and thomas told me they was aware of that, but haraff Did not tell the hearing officer, they called AW werts and though werts knew that the charge was suppose to get Dismissed Due to staff violating policy when they conduct a cell search and falsified Doc official records, he told them to proceed with the hearing and I was found Guilty.

(36). on or about May 17-2026 Defendant AW haraff assured me after I told him I was found guilty of that false charge he took the results and stated he will fix it, Came back and said, I have to file the grievance, when I Do the Grievance Department Mrs mcknight will send him an E-mail and the charge will be Dropped, he stated the charge will not be used against me at my SD board, he lied again!

(37). on May 19th, 2026 I had an SD Board again without any 48 hour notice or an opportunity to even bring any Documents of my own Evidence, the same staff that wrote the false charge was apart of the board committe.

(38). on June 15th, 2026 I was subjected to sexual harrassment by Defendant AW haraff, while housed in D-2 cell 5 which is a housing

Unit for supermax inmates, and harvill knowing this fact asked me for sexual favors in exchange for me to get my tablet back.

(39). Defendant-haraff asked me to masturbate and let him see my genitalia/private parts and he would give back my tablet in contrary to SCDC polices GA-06.11 prevention, Detection and reponses to sexual abuse/sexual ~~harassment~~ harassment, pursuant to the prison Rape Elimination Act (Prea). SCDC has a zero-tolerance policy regarding all forms of sexual abuse and sexual ~~harass~~ harassment in all institutions operated by, or contracted with, SCDC for confinement of inmates.

(40). That same Day I filed a grievance PREA complaint against Defendant haraff, which was not immediately Brought to the Attention of the PREA Compliance manager - at Perry ~~Amy~~ Susan ~~Duncan~~ Duffy which she is an inappropriate person for such position because of her/his relationships with same sex, and history at perry to conceal inmate prea complaints against staff at perry, thus the ~~investigation~~ investigation into the prea was not conducted until - 6-29-2026 when the case was closed, as my harasser with authorize to continue to have close contract and athority over me Daily contrary to SCDC policy.

(41). I Explained in the grievance for prea that Defendant haraff Exposed me to sexual harassment in violation of § 115.6 sexual harassment (1) I also indicated that AW Duffy be prohibited from investigating because of her (PRIDE) relations and conflict of interest with AW haraff which bias her capacity, I asked that the investigation or prea be forwarded to headquarters and that haraff not be allowed around me.

(42). Warden Earley answer the Grievance on 7-6-2026 indicating that my concern was forwarded to prea compliance manager (PCM) Duffy for review it was Determine that your PREA allegations lack the substantiated evidence to follow through with a PREA claim, followed by - there is no evidence

to support your allegations that any staff have performed their duty improperly.

(43). Defendant haraff Exposed Plaintiff to a risk of harm by making Sexual harassment advances towards me, he knew he was prohibited from such conduct Due to the fact ~~SCDC~~ SCDC have zero tolerance policy which he was trained upon, thus violating my Eighth Amendment right to be free from Deliberate indifference to its safety and security, Defendant haraff misconduct was also cruel and unusual punishment, by taking my tablet as punishment making an inappropriate alternation in order to get it Back.

(44). Plaintiff Additionally have been and Continue to be retaliated against for making the Prea complaint against Defendant haraff, by himself and RHU Staff, medical, MHO, Food Services,

- Food tampering - Ignoring my complaints to AW haraff.
- Denial of adequate bedding and clothing - sending Dirty used laundry
- target cell searches - allowing his ~~officers~~ to take my meds and legal material
- Continue contact with harasser -
- Grievance filing preventions
- Denial of SD Board and notices
- mail tampering - haraff is preventing my mail from going out By Directing mail lady to Do so
- Denial of access to the ARTSM / to prevent my filing of complaints Directly to headquarters
- Denial of access to policys - to prevent from filing complaints and citing policys
- Denial of sick calls and Delayed treatment - Directing his wife nurse haraff to not treat my condition.

(45). Nothing Goes on in RHU without Defendant - haraff knowing and approval Good and bad, their running the KKK at perry though theres obviously is a Black warden, AW werts is the warden, however Defendant (haraff AW) violated and continue to violate my First Amendment right to file a Prea, Administrative complaint, ~~[illegible]~~ this is a protected activity, adversally he retaliated by basically restricting my liberty to be free from food tampering ignoring my complaints, and all other mentions above, and these adverse acts are

Done within a 2 or 3 day time from, and is continuing at this time.

(46). Defendant SCDC is liable of its Employees negligence and grossly negligence Deliberate Disregard and ~~[illegible]~~ recklessness by failing to adhere to SCDC ~~[illegible]~~ Zero tolerance policys by failing to remove my harasser after the prea was filed to prevent retaliation, and failing to observe the threat of retaliation these failures results in plaintiff injury, mental and Emotional Distress.

(47). Defendant SCDC is also liable for its officials departure from their Duties and care required by SCDC policys and procedures and south carolina Laws which hire, train and Employ these officers causing them to be negligent, careless grossly negligent, reckless and act in violation of duties owed to plaintiff by one or more of the following acts of ~~[illegible]~~ omissions or commissions any or all of which were departure from their prevailing duties of care

(a). failing to ensure the safety of plaintiff
(b) failing to train and supervise its Employees
(c). failing to adhere to zero tolerance policy
(d). failure to follow prea protocals

Duffy, Earley, and Persy Administration acted within their official Duties, resulting in plaintiff injurys.

(48). Defendant- Enloe, Taylor, horuff(RN) medical defendants acted and Continue to act with negligence and grossly negligence. and deliberate ~~[illegible]~~ indifference to a serious medical condition upon the following Dates of incident.

5-7-2026- Defendant Enloe conducted a provider visit, she failed to having my records before her, she failed to have an Assistance nurse to provide my records of medications I was on prior to placing me on additional meds, she failed to check my vitals and after observing

medical Condition of dandruff which caused my scalp to Bleed, foot condition which could be treated with medical foot powder her only treatment was to tell me to get out of RHU

(49). Defendant. Enloe acted with Deliberate indifference to a serious medical condition and Expose me to a risk of harm by knowingly failing to follow mandatory protocol in a medical Assessment, she Exposed me to a risk of harm by failing to have my records at hand, failing to check my vitals and basically told me to fuck off about my other complaints thus was negligence and grossly negligence, it was recklessness disregard to Plaintiff, health safety and security in violation of my Fourteenth and Eighth Amendment right of the united states Constitution.

(50). Defendant. taylor Enloe harauff, continue to act with deliberate indifference to a serious medical condition, by Refusing my medical sick calls, Delaying treatment subjecting Plaintiff to cruel and unusual punishment physical pain and suffering out of retaliation for Defendant and SCDC for filing Lawsuits which is protected by the first Amendment their action and inaction Exposes Plaintiff to a risk of harm and threat to plaintiff safety, health and security, Plaintiff is activly being Denied adequate medical care and treatment at perry in SCDC custody,

(51). on 7-9-2026. nurse taylor Denied my sick call,

(52). on 7-14-2026 I was seen By Enloe who told me I gotta stop threating Lawsuits against medical, she prescribe Antibiotics and Prednison and nasal spray for sinus.

(53). take a Date back. on 7-10-2026 I told nurse Rodrigiz I was having Chest pains, she stated its nothing wrong with me. never receive any attention from medical,

(54). On 7-15-2026 told warden Earley he failed to Do anything. he claim he would Contact burgess.

(55). On July-30-2026 Placed in sick call to Defendant- A haroff (RN) indicating chest pain and the reaccuring of infection in my Ears, head She came to my housing cell and said Enloe said she's not giving me anything Else, that I ~~need~~ had an upcoming E.N.T specialist visit that I needed to go there in the worse condition possible so they can see whats Going on, this was malpractice, negligence, grossly negligence and Deliberate indifference to a serious medical condition.

(56). Plaintiff was suffering from the following conditions that Defendant-nurse haroff acted with Deliberate in Difference to and impose cruel and unusual Punishment by inflicting Physical pain in a wanton manner on July 30th, 2021 - 8-6-2026.

* plaintiff suffered severe congestions in its Ears, nose head together with the known infection.
* Chest pain, Chest Discomfort - Fluttering heart beat, sharp upper left side of chest pain, Dizziness.
* Blindness Blurry vision
* feeling unable to breath, while being Deliberately Exposed to Enviroments that Causing ~~Alleg~~ Allergic reaction.
* lost of sleep.

(57) Defendant - nurse haroff acted with deliberate indifference when she told me that I need to wait to see the outside E.N.T specilist that I need to be in the worse condition possible, that Defendant - Enloe said the same thing and that she was not giving me any Antibiotics or other medication, she was negligent and grossly negligent when she failed to follow protocal upon an inmate complaining of chest Pain, which is a serious medical condition, life threaten and Expose to a risk of irreparable harm, in a wanton manner, it was cruel and unusual punishment for the purpose of causing me pain for filing Administrative complaints against her husband AW haroff, thus violating my Eighth Amendment right. Defendant-haroff (RN) told me I shouldn't mess with her husband.

(58). SCDC polices required Defendant, nurse ~~haroff,~~
to follow within protocal is outlined SCDC policy H.S.-18-05
Sick call and Dental health - ~~purpose~~ purpose - to provide guidelines for
unimpeded access to health care services for inmates with illness or injury
and to provide a system for processing Complaints regarding health care,
(5-) sick call sign up process - no member of the Correctional staff will
be allowed to approve or disapprove requests for attendance at sick call. Each
institution will allow the inmate unimpeded access to sign up for sick call
(7)(4). Emergency Procedures - when an inmate receive Emergency Care, the nurse
who screen the inmate should only address the emergency condition, other health
Problems of a non-Emergency nature should be referred to sick call.
(59). Defendant D.A. haroff nurse also exhibit Physical Abuse and July-30th, 2026
by the act of intentionally inflicting and allowing infliction of physical pain injury
on plaintiff by failing to act caring Prolong pain.
(60). Defendant taylor, haroff (AN) told Plaintiff that he was schedule to offsite
to see an ENT specilist, but the truth is I was never schedule to see an ENT. I
was schedule on 8-11-2026 to go to the mid-land hearing loss Audiolgist, so the
Cure to suffering pain for an appointment of a specilist that was never schedule
and haroff having access to my records they knew I was not schedule for an ENT
and only wanted to inflict pain ~~@~~ upon me and case lasting pain and suffering
(61) on 8-6-2026 nurse taylor gave me a shot in my hip which I feel was to
Clean me up enuff for what appointment schedule and conducted on the same
day I was to go to a hearing test, yet I went for X-rays which ignored
Pictures of my leftside which is the main issue because its Something growing
in there and treated with antibiotics but not Diagnose By NP Enkoe, it is life
threatening and ~~Cures~~ Causing further bodyly complications my ~~Kidnese~~ Kidney
~~it pee when I~~ when I pee it burns, and Im basically left in the cell for
Dead,

(62). Plaintiff suffer other mental health and chronic diseases that has been intergorized by the inflicting of pain and deliberate indifference caused by Defendant nurse haraff, taylor, Enloe, other nurses that has engaged in and continue to engage in retaliatory Deliberate indifferen acts are, Nurse Green, K. burgess, J. Rodrigez, Jacklyn Rose, by 3 of more reasons. similar; Ignoring my chest pain complaints, Ignoring, intercepting, stopping, destroying and delay my RTSM - Request to staff inorder to file a grievance about these serious issues., Plaintiff take 3 Blood pressure pill, 1 cholesteral and mental health meds.

(63). Plaintiff most recently was in pain after sick call on Aug 13-2026 I gave sick call to Defendant nurse haraff concerning my infection and the need for antiboitics, she told me she Dont think Enloe will give me antiboitics She lied about ordering me nasal spray, and made a statement, after I told her I dont want to Die in prison, I rather Die in a hospital, Defendant - nurse haraff Stated "(I Rather Die in a prison), I was suppose to get my meds of Pred-10 mg the next Day or two, but it was held longer on purpose to cause me pain and suffering.

(64). On Aug-15th, 2026 I asked Defendant taylor how is infection treated, she stated with Antibiotics, I asked so why Iam I being refused Antibiotics at approx 230 pm Defendant taylor came on the wing with sgt Brown, I told her im having chest pain She stated she will go call Defendant Enloe, she never follwed up.

(65). that same night, I told nurse Rose that I was having chest pain, I told her I told nurse taylor, She said nobody told her nothing. I was refused treatment and basically left me there Lt Grahmen.
I put a sheet around the bars threating to hang myself, the Lieutenant came

(66). on Aug-16-2026 nurse taylor acted like she Didnt know what I was talking about, I voice suicidle again and was pulled to see QMHP wyatt.

(67). Aug 17-2026 I asked Defendant haraff (RN) why I haven't got my meds she stated it probably Did not get ordered. I spoke to warden earley told him about medical he stated I will email Burgess,.

(68). I told AW warts about my medical complaints how their not responding to my request and holding my sick call forms so I can't file grievance, AW warts stated he Don't know what to tell me.

(69). on Aug-2026 I was informed by a supervisor that (medical was going to kill my Ass) the magnitude of this statement and what I'm being Exposed to give the indication that medical at perry has killed inmates whom suffered some medical condition and the acted with Deliberate disregard and killed the inmate and this warrant a Criminal investigation on medical staff and wardens, Security. the Exact Date is left out for Security reasons.

(70). Aug 20-2026 nurse Rodriguez refused my sick call.

(71). Aug-26-2026 I was poisoned upon my Breakfast tray

(72) Aug-27-2026 gave sick call to Defendant-taylor with Sgt Rosas present, Security and medical refused my sick call, which I provided, numbness to my left temple, chest pain and other Serious conditions, Sgt loftis, Sgt Keran, Lt Perkis MHO Griffin and Sgt Rosas, Defendant D. haraff, capt chandler was Each present and they Denied me medical care treatment, this is torturous and SCDC, and perry Administration is conspiring to kill me.

(73). Plaintiff is in urgent need of medical care outside, what he is Experiencing is life threaten, and is currently causing Dangerous to its body, I can't work out, I cant Do to much of nothing

Am forced to endure this torturous retaliatory acts and miss conduct, and theres no reliable staff from warden Dunn to assist or help me, I am actively being tortured at Perry Lock up which will continue here or any other white van prison of SCDC.

(74). These Deliberate indifferences to my medical care, is retaliatory and ongoing from filing Prea complaints against Defendant-AW haraff which is protected speech, right after such filing Defendant-haraff wife nurse haraff, taylor, Enloe and other SCDC officials has plotted and agreed to Deprived me of my Eighth and fourteenth Amendment rights, Further Grievance Department, Kitchen staff, warden Earley, AW werts, investigations is actively involve, MHO Cox, Contraband theres no relief avaliable at this stage and ~~pet~~ plaintiff pray for immediate relief upon the following claims.

## Claims for Relief

(75). WHEREFORE Plaintiff bring the following claims and cases for relief: (A). Claim one - Inadequate medical care, treatment - against Defendant - taylor, Enloe haraff, SCDC for Denying Plaintiff medical care treatment, which was Deliberate indifferent to plaintiff health safety and security resulting in lasting pain in violation of his Eighth and fourteenth Amendement right of the united States constitution Defendants knew Plaintiff was at a substantial risk of harm, and intentially disregarded the risk cause to harm Plaintiff.

(B). Claim two - ~~[illegible]~~ Retaliatory Deliberate indifference to a serious medical needs - Defendant nurse haraff, taylor, Enloe Cox, SCDC out of retaliation on behalf of Defendant-Daniel haraff nurse haraffs husband, upon Plaintiff filing Prea Complaints, which is a Protected speech, the medical Deprivations started after I filed the prea with adversal medical failures, and it started within the Day of the free speech was Exercised in violation of my first amendment right

Of the united states Constitution and Eighth Amendment, resulting in a substantial risk of harm, risk to its health, safety, well being inflicting lasting pain and suffering.

Ⓒ. Claim three - Negligence, Grossly negligence against Defendant SCDC Nurse harcuff, taylor, Enloe, the failure to follow protocol upon SCDC policys During sick calls and provider Assessment, the failure to have my records readily available at sick calls, and provider Assessment, and ~~complette~~ completely Ignore Plaintiff Chest pain complaints, Deliberately, recklessness, and disregarded the risk of harm, intentionally for the very purpose of causing harm to plaintiff, violated plaintiff rights under S.C. code Ann § 15-78-70, and its Eighth and fourteenth Amendment of the united states Constitution resulting in physical lasting pain and suffering Defendants was careless, reckless, wilful and grossly negligent. Defendants owed Plaintiff a Legal Duty and Breach that Duty of adequate medical

Ⓓ. Claim four - unnecessary and wanton Infliction of pain - Defendant-Ashley harcuff, Taylor, Amy Enloe, SCDC knew that the Denial of medical care would result in pain and suffering to plaintiff, By telling me I needed to goto the specilist in the worse condition possible Demonstrates Defendants had actual knowledge of a serious medical condition, was Deliberate indifferent and Exposed a risk of substantial harm and threat to its health, safety and well being in violation of the Eight Amendment of the United States Constitution resulting in pain and suffering.

Ⓔ. Claim five - Retaliatory conduct for filing Prea Complaint against - Daniel harcuff, after plaintiff filed it Prea complaint against Defendant, Adverse Action was taking, for Exercising my first Amendment rights, and that right is protected, the retaliation atime in the complaint accured right after

the protected speech was exercised, in violation of Plaintiff first amendment right of the united states constitution the retaliation is still active and has become more of a life or Death situation considering medical, wardens and other perry officials acting on defendants behalf at perry in RHU. resulting in pain and sufferings, food poisoning Denial of medical, mental and Emotional Distress hopeless.

## Prayer for relief

(76). WHEREFORE Plaintiff prays for the following relief

(A). Immediate Injunction - against SCDC, Enloe to afford me adequate medical care treatment, to an outside specialist to evaluate my left Ear, Ear drum and find out what's causing these repeated infections and fluids in my head, and prohibited Perry medical nurse from Denying me sick calls, Emergency sick calls, allowing security to Determine or interfer in my medical sick calls and provide adequate medical care treatment in a timely manner. this is request for all SCDC facilitys for violating Plaintiff Eighth Amendment right.

(B). Immediate Injunction - against, SCDC, Daniel harouff transfering Plaintiff out of the western Region Due to Mr harouff retaliatory misconduct and violating its first Amendment right

(C). Declaratory Judgment - against. Defendant nurse harouff, taylor and Enloe unnecessarily and wantonly inflicted Pain upon Plaintiff and violated its Eighth amendment right of the united states Constitution,

(D). Criminal Probe - issue a Criminal Probe request to the DOJ to investigate SCDC, medical at perry by Perry Administration and medical personel. for possible murders commited

(E). Award Damages in the Amount $100,000 compensatory against Defendant taylor. Nurse harouff, and Enloe for the Deliberate indifference claims.

And 100.000 punitive Damages against Enloe, taylor and nurse haraff for pain and Suffering.

(F). Award Plaintiff $250.000 against Defendant- Danial haraff for his retaliation and violation of plaintiff first Amendment right, and $250.000 punitive Damages

(G). Award $300.000 Compensatory Damages against, Enloe, taylor and haraff medical Defendants, for its negligence and grossly negligence, carelessness, wilful, disregard to Plaintiff health, Safety in violation of S.C. code Ann § 15-78-70 resulting in injurys, pain and sufferings, mental and Emotional Distress.

(H). Termination of official Duties, Defendant taylor, Enloe. nurse haraff should no longer be authorize to practice medical or have authority of or over inmates Due to their Deliberate acts and possible murdes of other inmates whom Died from a medical condition Due to their covered up negligence

(I). order seperation of Defendant nurse haraff and husband Danial haraff of working at same facility, it could be fatal

(J). Grant Plaintiff any and all other relief in the interest of Justice Plaintiff may be entitled.

Pursuant to 28. U.S.C § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Sept-1st-2026
Charles le Conte 396340
PCI-D-x-14
430 oak lawn rd
Pelzer SC, 29669